**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Brian K. YOUNG, Defendant–**
**Appellant.**

**No. 08–30442.**

United States Court of Appeals,
Ninth Circuit.

April 19, 2012.

Russell E. Smoot, Assistant U.S., USSP–Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Rebecca Louise Pennell, Esquire, Assistant Federal Public Defender, FDWAID–Federal Defenders of Eastern Washington & Idaho, Yakima, WA, for Defendant–Appellant.

D.C. No. 2:08–cr–00016–WFN, Eastern District of Washington, Spokane.

Before LEAVY, PAEZ, and BEA, Circuit Judges.

### ORDER

In light of the Supreme Court's decision in *Reynolds v. United States*, —— U.S. ——, 132 S.Ct. 975, 181 L.Ed.2d 935 (2012), and its denial of the petition for writ of certiorari from this court's decision in *United States v. Valverde*, 628 F.3d 1159 (9th Cir.2010), Brian K. Young's motion to dismiss the indictment, filed January 4, 2011, is granted. This matter is remanded to the district court with directions to dismiss the indictment against Young.

**REVERSED and REMANDED.**